UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURIE EATON,

    Plaintiff,

v.                                              Case No. 8:06-cv-2155-T-24 MAP

ST. PETERSBURG COLLEGE,

    Defendant.

_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion to Join Additional Defendants. (Doc. No. 13). Defendant opposes the motion. (Doc. No. 14). The motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. (Doc. No. 20). Magistrate Judge Pizzo has filed his report recommending that the motion be denied. (Doc. No. 21). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 21) is adopted and incorporated by reference in this Order of the Court; and

    (2)    Plaintiff's Motion to Join Additional Defendants (Doc. No. 13) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of July, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record